■ In the Matter of PATRICIA B. HAKES, Respondent-Appellant, v CITY OF BUFFALO et al., Appellants-Respondents, and CHARLES A. ACQUISTO, Respondent.—Judgment unanimously vacated, without costs, on the ground that petitioner has, in effect, withdrawn her petition, since she has been appointed to the position which she sought, and the question is moot. (Appeals from judgment of Erie Special Term in article 78 proceeding.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v MARIO MALDONADO, Defendant.—Motion granted to the extent that trial of indictment removed from Wyoming County to Erie County *(People v Hill,* 42 AD2d 679).